UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>International Health Technology Company, LLC v. Silent Beacon, LLC.</u>
No. 24-cv-956

DATE: July 10, 2024

\* \* \*

In the above-captioned patent case, Defendant Silent Beacon, LLC filed an Answer on June 17, 2024. Although the Court's Local Rule 802 requires counsel for plaintiff to contact all counsel and Chambers within seven (7) days of the filing of an Answer to schedule a telephone conference "for the purposes of scheduling a Scheduling Conference," and the time for counsel to do so has now passed, the Court believes it would be helpful to hold a Scheduling Conference with counsel to discuss the future progression of the case.

Accordingly, the Court will **ORDER** counsel for the parties to appear for a telephonic Scheduling Conference to discuss the matters outlined by Local Rule 802. The Court is available to hold the telephone conference at the following dates and times:

1. August 20, 2024, at 2:30 or 3:30 p.m.;
2. August 21, 2024, at 2:30 or 3:30 p.m.; and
3. August 22, 2024, at 2:30 p.m.

Counsel **SHALL** advise Chambers as to their availability at these dates and times in the next five (5) days.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record